UNITED STATES DISTRICT COURT
STATE OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | Case No: |
| : | 1:20-cr-00093-MSM-PAS |
| : | |
| RHODE ISLAND BEEF AND VEAL, : | |
| INC., et al., : | |
| Defendants : | |

**NOTICE OF FILING - AMENDED EXHIBIT 1 TO MEMORANDUM
IN SUPPORT OF MOTION TO FILE AMICUS BRIEF**

Movant Legal Impact for Chickens has noted a typographical error on Page 12, line 13 of its Exhibit 1 to Memorandum in Support of Animal-Welfare Charity's Motion for Permission to File Amicus Brief on the Issue of Humane Slaughter and Sentencing, wherein the word "prison" was used instead of the intended word "probation." Because the typographical error alters the significance and meaning of the sentence, attached hereto is an amended Exhibit 1 substituting the word "probation" for the word "prison" on Page 12, Line 13 of said Exhibit 1.

                                              Respectfully Submitted,
                                              Legal Impact for Chickens
                                              By its Attorneys,

                                              /s/ Stephen A. Rodio
                                              _____
                                              Stephen A. Rodio (#3245)
                                              **RODIO & BROWN, Ltd.**
                                              2139 Broad Street
                                              Cranston, Rhode Island 02903
                                              Tel:   (401) 274-4040
                                              Fax:  (401) 274-4099
                                              Email: srodio@rodiobrown.com

Dated: October 5, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of October, 2023, the foregoing was electronically filed using CM/ECF system, which will send notification of such filing to the following:

Gary G. Pelletier, gpelletier@pcclaw.net
Pelletier, Clarke & Caley, LLC
35 Touro Street
Newport, RI 02840

William P. Devereaux, wdevereaux@pldolaw.com
Pannone Lopes Devereaux & O'Gara LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919

William J. Ferland, William.Ferland@usdoj.gov
U.S. Attorney Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Zechariah Chafee, zechariah.chafee@usdoj.gov
DOJ-USAO
One Financial Plaza
Ste 17th Floor
Providence, RI 02906

Milind M. Shah, Milind.shaw@usdoj.gov
DOJ-USAO
One Financial Plaza
Ste 17th Floor
Providence, RI 02906

/s/ Stephen A. Rodio
_____